# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

DAVIN CLEMENT, Individually and
on behalf of all others similarly situated,

    Plaintiff,

v.

    Case No:  8:23-cv-00384-CEH-CPT
    Collective Action

PANDADOC INC.

    Defendant.
_____/.

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

    I hereby disclose the following pursuant to this Court's Order on Interested Persons and Corporate Disclosure:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party[1]:

    Plaintiff, Davin Clement
    All opt-in plaintiffs who have filed their consent to join forms.
    All putative class members as framed in the complaint.
    Plaintiff's Counsel, Mitchell Feldman, Esq., Feldman Legal Group

    Defendant, PandaDoc Inc.

---

[1] A party should not routinely list the assigned District Judge or Magistrate Judge as an interested person absent some non-judicial interest.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

    None.

4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:

    Plaintiff, Davin Clement
    All others similarly situated as framed in the complaint.

5. Check one of the following:

\_\_\_X\_\_ a. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.
- or -
\_\_\_\_\_ b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows:

## **3.03(b) Certification**

    I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

2

Respectfully submitted,

*/s/Mitchell Feldman, Esq.*
Mitchell L. Feldman, Esquire
Florida Bar No.: 0080349
FELDMAN LEGAL GROUP
6916 W. Linebaugh Ave, #101
Tampa, Florida 33625
Tel: 813-639-9366 Fax: 813-639-9376
mfeldman@flandgatrialattorneys.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that I electronically filed the foregoing on February 23, 2023 with the Clerk of Court by using the CM/ECF system. Parties may also obtain a copy directly from the CM/ECF system.

*/s/Mitchell Feldman, Esq.*
**Mitchell L. Feldman, Esquire**
Florida Bar No.: 0080349

3